UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

LUISA P., individually, and as parent and natural : 
guardian of H.R.P., a minor, :
 :
    Plaintiffs, :
 :
v. : No. 5:17-cv-00268
 :
EASTON AREA SCHOOL DISTRICT et al., :
 :
    Defendants. :
_____

# O R D E R

**AND NOW**, this 21st day of August, 2018, upon consideration of Petitioner Luisa P.'s Petition for Leave to Settle or Compromise a Minor's Action, ECF No. 120 (the "Original Petition"), together with the Amended Petition for Leave to Settle or Compromise a Minor's Action, ECF No. 126, (together with the Original Petition, the "Petition"), and noting that the Petition is unopposed by the Defendants, and for the reasons set forth in the Sealed Opinion issued this date, it is **ORDERED** that the Petition is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Petitioner's entry into each of (a) the Amended and Restated Agreement of Compromise, Settlement and Release, dated as of June 15, 2018, among Plaintiffs and Defendants Maxim Healthcare Services, Inc., Todd Campbell, Crystal Luckenbach, Diane Moore, Gina Nicol and Adetoyi Olatilo; and (b) the Amended and Restated Agreement of Compromise, Settlement and Release, dated as of June 15, 2018, among Plaintiffs and Defendants Easton Area School District, Colonial Intermediate Unit 20, Jackie Bartek, Marc Bernstein, Charlene Brennan,

Elizabeth Brill, Anna Gocek, Michelle Harris, Phyllis Heil-Henry, Janine Page, Jaime Peters (Vlasaty), John Reinhart and Christopher Wolfel (each, a "Settlement Agreement" and, together, the "Settlement Agreements"), substantially in the forms attached as Exhibits A and B, respectively, to the Petition, on her own behalf and for the benefit of H.R.P., is hereby approved and ratified;

2. the allocations from the gross settlement amount to pay the legal fees and costs of Plaintiffs' counsel in connection with the due process proceeding in the Pennsylvania Office For Dispute Resolution, the other documented expenses of Plaintiffs' counsel and certain other litigation expenses incurred by Plaintiffs, all in accordance with Paragraph 24 of the Original Petition, are hereby approved; and

3. after payment of said fees, costs and expenses, the net settlement proceeds shall be distributed as proposed in Paragraph 25 of the Original Petition, with a specified sum certain to fund Defendants' purchase of a structured settlement annuity consistent with the proposal issued by The Settlement Alliance at Exhibit D to the Original Petition, and the balance of the settlement funds available for H.R.P. to be deposited in the special needs trust, Legacy Enhancement Master Pooled Trust, for the benefit of H.R.P., consistent with the terms set forth in the Original Petition, including Exhibits B and C thereto.

**IT IS FURTHER ORDERED** that Petitioner's counsel is hereby authorized to execute all documentation necessary to effect the arrangements for the structured settlement annuity, the

2
082018

qualified assignment thereof to Prudential Assigned Settlement Services Corporation and the establishment and funding of the special needs trust for H.R.P., all as provided in the Petition.

**IT IS FINALLY ORDERED** that any additional costs incurred by Petitioner's counsel after filing the Petition shall be deducted from the balance of settlement funds after payment of the total cost of the structured settlement annuity.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge